# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 197

In the Interest of S.A., a child

| | |
|---|---|
| Jacqueline A. Gaddie, Assistant States Attorney, | Petitioner and Appellee |
| v. | |
| K.A., mother, | Respondent and Appellant |
| and | |
| S.A., a child, and M.R.K., father, Emily Crothers, Guardian ad Litem, | Respondents |

## No. 20210061

In the Interest of H.A., a child

| | |
|---|---|
| Jacqueline A. Gaddie, Assistant States Attorney, | Petitioner and Appellee |
| v. | |
| K.A., mother, | Respondent and Appellant |
| and | |
| H.A., a child, and J.G., father, Emily Crothers, Guardian ad Litem, | Respondents |

## No. 20210062

Appeals from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable M. Jason McCarthy, Judge.

AFFIRMED.

Per Curiam.

Jacqueline A. Gaddie, Assistant State's Attorney, Grand Forks, N.D., for petitioner and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, N.D., for respondent and appellant; submitted on brief.

**Interest of S.A. & H.A.**
**Nos. 20210061 & 20210062**

**Per Curiam.**

[¶1]   K.A. appeals from an order entered by the juvenile court determining her children, S.A. and H.A., to be deprived under N.D.C.C. § 27-20-02(8) (now N.D.C.C. § 27-20.3-01(5)(a)). The juvenile court ordered the children be removed from K.A.'s home and placed under the care, custody, and control of the Director of the Grand Forks County Human Services Zone for appropriate placement for 12 months. On appeal, K.A. argues the juvenile court erred by finding the children to be deprived. We conclude the juvenile court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Lisa Fair McEvers
        Jerod E. Tufte
        Allan L. Schmalenberger, S.J.

[¶3]   The Honorable Allan L. Schmalenberger, Surrogate Judge, sitting in place of Crothers, J. disqualified.

1